Mark A. Hutchison, Esq. (4639)
Brenoch Wirthlin, Esq. (10282)
**HUTCHISON & STEFFEN, PLLC**
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone:  702-385-2500
Facsimile:   702-385-2086
mhutchison@hutchlegal.com
bwirthlin@hutchlegal.com

*Attorneys for Plaintiff*
*1st City National, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| 1st CITY NATIONAL, LLC, | Case No.        2:22-cv-00121-JAD-NJK |
| Plaintiff, | |
| vs. | |
| EMPIRE ATM, LLC, DOES I through X, ROE CORPORATIONS I through X, | ECF No. 13 |
| Defendant. | |

## STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

////

////

////

////

////

////

////

////

////

///

1

2       1st City National, LLC and Empire ATM, LLC, by and through their respective counsel,

3   hereby dismiss this matter in its entirety *without prejudice,* each side to bear their own attorney's

4   fees and costs.

5       IT IS SO STIPULATED.

6   Dated this 14th day of March, 2022        Dated this 14th day of March, 2022

7   **HUTCHISON & STEFFEN, PLLC**      **ALVERSON TAYLOR & SANDERS**

8

9   */s/ Mark A. Hutchison, Esq.*        /s/ *Adam R. Knecht*
    Mark A. Hutchison, Esq. (4639)      Adam R. Knecht, Esq. (13166)

10  Brenoch R. Wirthlin, Esq. (10282)    Matthew Havill, Esq. (15562)
    10080 W. Alta Drive, Suite, 200     6605 Grand Montecito Parkway, Suite 200

11  Las Vegas, Nevada  89145        Las Vegas, Nevada  89149
    Telephone:    702-385-2500       Telephone:    702-384-7000

12  bwirthlin@hutchlegal.com         efile@alversontaylor.com

13  *Attorneys for Plaintiff 1st City*       *Attorneys for Defendant Empire ATM, LLC*
    *National, LLC*

14  **ORDER**

15      Based on the parties' stipulation [ECF No. 13] and good cause appearing, IT IS ORDERED

16  that this action is dismissed without prejudice, each side to bear its own fees and costs.  The Clerk
    of Court is directed to CLOSE THIS CASE.

17

18

19  _____

20  UNITED STATES DISTRICT JUDGE

21      Dated: March 24, 2022

22

23

24

25

26

27

28